UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 16-CR-20657-WJZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHEL GERMAIN,

    Defendant.
_____/

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE CALENDAR CALL AND TRIAL DATE

COMES NOW the Defendant, MICHEL GERMAIN, by and through his undersigned attorney, and hereby files this Unopposed Motion to Continue the calendar call and trial date presently scheduled in this matter, and as grounds would state unto this Court the following:

1. The above styled matter is currently scheduled for a Calendar Call before this Court on February 17, 2017, at 10:00 a.m. and for the trial period commencing on Tuesday February 21, 2017 [DE 48];

2. The Defendant was charged by way of indictment with the offenses of I. Conspiracy to Defraud the United States, and II-IV. False Statement in Immigration Application;

3. The undersigned was retained on January 23, 2017, to represent the Defendant in this cause and has been his counsel for less than one month;

4. The Defendant surrendered on January 23, 2017;

5. The undersigned filed a notice of appearance on February 2, 2017;

6. The Defendant was arraigned on February 06, 2017;

7. The undersigned received Discovery pertaining to the investigation in this case on February 07, 2017. The undersigned will need additional time to review discovery materials with the Defendant so that he can become fully knowledgeable of the facts and circumstances surrounding this matter, and for the purpose of accurately assessing the probable sentencing guideline range that the Defendant may be facing for plea purposes. The undersigned would request a sixty day continuance.

8. Undersigned is not available to attend the Calendar Call hearing set in this case for February 17, 2017 as counsel will be out of the State on a previously planned family vacation. The undersigned will be out of state from February 12, 2017 through February 19, 2017;

9. The Defendant agrees that the period of delay resulting from the granting of this continuance shall be deemed excludable time in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. Section 3161.

10. The undersigned contacted Mr. Jonathan S. Friedman, attorney for Co-Defendant Emmanuely Germain, regarding his position on said motion. Attorney Friedman has no objection to Defendant's motion to continue calendar call and trial;

11. Ms. J. Mackenzie Duane, the Assistant United States Attorney assigned to this matter has indicated that she has no objection to a continuance of the calendar call and trial.

12. This motion is filed in good faith and not for the purpose of delay.

WHEREFORE, the Defendant, Michel Germain, respectfully moves this Honorable Court to grant his Unopposed Motion to Continue for the grounds stated herein.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 08, 2017, a copy of the foregoing was electronically filed with the Clerk of the Court, United States Attorney's Office, and other counsel of record, if any, using CM/ECF system.

Respectfully submitted by,

FRANK A. MAISTER, P.A.
1 East Broward Blvd., Suite 925
Ft. Lauderdale, Florida 33301
Telephone:  954-761-3555
Facsimile :   954-745-4910

*/s/ Frank A. Maister*
Frank A. Maister, Esq.
Florida Bar Number:  0094846